1 | **THINH VAN DOAN**, State Bar No. 152589
  | *Law Offices of Thinh Van Doan*
2 | 15751 Brookhurst St., Ste. 221
  | Westminster, CA 92683
3 | (714) 775-5701
  | Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| US Nutrilab, a California corporation; and Strong T. Nguyen, an individual, Plaintiffs, v. Huong Thanh Nguyen, aka Hai Le, an individual; Tu Thien The Mobil Inc., aka Tu Thien Mobil, a California corporation; Tu Thien The 2 Chieu, Inc., a California corporation; Khanh Van Nguyen, an individual; Khanh Van Nguyen dba USA Logic; DKY LLC dba NutriCel Gold, Defendants. | Case No. 8:16-cv-00785-PSG-ASx<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT<br><br>Complaint: April 26, 2016 |
|---|---|
| Huong Thanh Nguyen, aka Hai Le, an individual; Tu Thien The Mobil Inc., aka Tu Thien Mobil, a California corporation; Tu Thien The 2 Chieu, Inc., a California corporation; Counterclaimants | |
| US Nutrilab, a California corporation; US Nutrilab dba LifeWell; US Nutrilab dba Health First and Strong T. Nguyen, an individual. Counterclaim Defendants, | |

[Caption Continued on Next Page.]

1  STIPULATION FOR DISMISSAL OF COMPLAINT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | Huong Thanh Nguyen, aka Hai Le, an individual; Tu Thien The Mobil Inc., aka Tu Thien Mobil, a California corporation; Tu Thien The 2 Chieu, Inc., a California corporation;<br>        Third Party Plaintiffs,<br><br>Kevin Ngo, an individual; VIET V LOS ANGELES,LLC, a California corporation;Vinashop HomeShopping, a Texas Corporation ;V247, a Texas corporation; and Does 1-10<br><br>        Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated by and between the parties to this action, through their counsel of record, that Complaint (Dkt No. 1) of Plaintiffs US Nutrilab, a California corporation; and Strong T. Nguyen, an individual is dismissed with a mutual waiver of costs pursuant to parties' settlement agreement. It is further stipulated that the Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement.

Per Local Rule 5-4.3.4, all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 20, 2017            THINH DOAN & ASSOCIATES

By: /s/ Thinh Van Doan
    Thinh Van Doan
    Attorneys for Plaintiffs

Dated: October 19, 2016            TTF LAWYERS

By: /s/ Walter Emil Teague III
    Walter Emil Teague III
    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2017, a copy of the foregoing STIPULATION FOR DISMISSAL OF COMPLAINT was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the court's EM/ECF System.

DATED this 20th of June, 2017, at Westminster, California.

/s/ Thinh Van Doan
_____
*Thinh Van Doan*